# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| MONTE ALLEN MORGAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:26-cv-98 |
| KENNETH ROBIN BOWEN ET AL | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Monte Allen Morgan                                                                                          .

Date: _____06/17/2026_____                                    _____/s/ Maya R. Pillai_____
                                                                                        *Attorney's signature*

                                                                        Maya R. Pillai/N.C. State Bar #62600
                                                                                *Printed name and bar number*

                                                                                The Humphries Law Firm, PC
                                                                                1904 Eastwood Road, Suite 310A
                                                                                Wilmington, NC 28403

                                                                                        *Address*

                                                                                maya@humphriesfirm.law
                                                                                        *E-mail address*

                                                                                (910) 800-3070
                                                                                *Telephone number*

                                                                                (888) 290-7817
                                                                                *FAX number*